**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SURENDER KUMAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-736-J |
| | ) | |
| JOSHUA JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner has filed a Motion to Enforce Judgment and, in the Alternative, for Reconsideration [Doc. No. 18]. In light of the nature of the motion, the Court hereby SHORTENS Respondents' time to file their response to this motion and ORDERS Respondents to file their response by July 27, 2026. Additionally, any reply shall be filed by July 30, 2026.

IT IS SO ORDERED this 15th day of July, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE